ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL[1]

| CAPITAL MANAGEMENT GROUP COMO AGENTE DE JEFFERSON CAPITAL SYSTEM, LLC.<br><br>Recurrido<br><br>v.<br><br>LUIS E. PEROCIER<br><br>Peticionario | TA2026CE00639 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Municipal de Cabo Rojo<br><br>Caso Núm.: CB2025CV00300<br><br>Sobre:  Cobro de Dinero (Regla 60) |

Panel integrado por su presidente, el Juez Salgado Schwarz, el Juez Cruz Hiraldo y el Juez Sánchez Báez

## RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de junio de 2026.

Examinado el recurso de *Certiorari* presentado el 18 de mayo de 2026, así como la *Moción en Auxilio de Jurisdicción y Paralización de los Procedimientos – Urgente* - presentada el 8 de junio de 2026 por la parte peticionaria, Sr. Luis E. Perocier, el Tribunal dispone lo siguiente:

Se declara **no ha lugar** a la Solicitud de Auxilio de Jurisdicción.  En cuanto al *Recurso de Certiorari*, se **deniega** por no cumplir elementos de la Regla 40 de nuestro Reglamento. *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 141, págs. 63, 216 DPR __ (2025).

**Notifíquese inmediatamente**.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda.  Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Mediante Orden Administrativa OATA-2026-063 emitida el 2 de junio de 2026, se designó al Hon. Carlos G. Salgado Schwarz en sustitución de la Hon. Ivelisse M. Domínguez Irizarry.